## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Oldacre McDonald, LLC, and Mark McDonald, et al. v. Mattress Firm, Inc., et al.

Appellate case number: 01-18-00548-CV

Trial court case number: 2017-73196

Trial court: 151st District Court of Harris County

This case involves three sets of appellants challenging three different orders. The first set of appellants, Oldacre McDonald, LLC and Mark McDonald, filed a notice of appeal on June 21, 2018, from the trial court's June 4, 2018 order denying their special appearances. The second set of appellants, Quattro Development, LLC and Michael Liyeos, represented by different counsel, filed a notice of appeal also on June 21, 2018, from the trial court's separate June 4, 2018 order denying their special appearances. The third set of appellants, Madison Development Group LLC, represented by different counsel, filed a notice of appeal also on June 21, 2018, from the trial court's separate June 4, 2018 order denying its special appearance. The Clerk of this Court docketed all three notices of appeal under the same appellate cause number 01-18-00548-CV.

On July 13, 2018, appellants Oldacre McDonald, LLC and Mark McDonald filed a letter in this Court requesting that the Clerk of this Court docket each appeal in its own appellate cause number. They contend that, although each order was signed on the same day, these appeals are not the "same case" because each set of appellants challenge a different order which did not address any other set of appellants. *See* TEX. R. APP. P. 12.2. Appellants state that, although the appellees are opposed to this request, the other two sets of appellants are unopposed. *See* TEX. R. APP. P. 10.3(a)(2). On July 19, 2018, appellee filed a letter in opposition to appellants' request contending that, because the orders were all signed on the same day arising from the same hearing, the notices of appeal were filed in the same case.

Although these three notices of appeal were from different orders, these orders were all signed by the same district judge on the same day, June 4, 2018, arising from the same

hearing that day and, thus, they were all filed in the "same case" and were properly assigned to the same appellate cause number. TEX. R. APP. P. 12.2(c) (noting that "[a]ll notices of appeal filed in the same case must be given the same docket number."); *cf. Azteck Int'l Bus. Corp. v. UP Commn's*, Nos. 01-07-00907-CV & 01-09-00544-CV, 2009 WL 1958410, at *1 n.2 (Tex. App.—Houston [1st Dist.] July 9, 2009, Order) (directing Clerk of this Court to assign separate appellate case number to later attempted statutory interlocutory appeal of *2008* order separately from prior interlocutory appeal of *2007* order filed in same case). Accordingly, the Court construes the appellants' request as a motion to docket separate appeals and **DENIES** the appellants' motion.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes

        ☑ Acting individually    ☐ Acting for the Court

Date: July 26, 2018